U.S. District Court Judge RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C19-6158-RAJ<br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $26,552.38 pursuant to 42 U.S.C. § 406(b). If and when the approved 406(b) fee is received, counsel will refund directly to Plaintiff the $5,082.28 in EAJA fees previously received.

DATED this 16th day of August, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-6158-RAJ]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 1